PATRICIA J. CURTO, Appellant, v NATIONAL FUEL CORPORATION, Respondent. (Appeal No. 1.)

Submitted June 2, 2014; decided July 1, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 1192 (2014)].

In the Matter of DELROY S., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted May 19, 2014; decided July 1, 2014

Motion for leave to appeal granted. Motion for poor person relief granted.

DEUTSCHE BANK TRUST COMPANY AMERICAS, Respondent, v KEVIN MICHAEL SHIELDS, Appellant, et al., Defendants.

Submitted May 27, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

HILLCREST HOMES, LLC, Appellant, v ALBION MOBILE HOMES, INC., Doing Business as HERITAGE ESTATES, et al., Respondents.

Submitted June 2, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.